THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Emmith Allen
 Williams, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-552
Submitted December 1, 2010  Filed
 December 21, 2010    
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Norman M. Rapoport, and Solicitor Warren Blair
 Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Emmith
 Allen Williams appeals his convictions for first-degree burglary and two counts
 of armed robbery, arguing the trial court erred in denying his directed verdict
 motions.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following
 authorities:  State v. Zeigler, 364 S.C. 94, 103, 610 S.E.2d 859, 863
 (Ct. App. 2005) ("The appellate court may reverse the trial judge's denial
 of a motion for a directed verdict only if there is no evidence to support the
 judge's ruling."); State v. Dodd, 354 S.C. 13, 17, 579 S.E.2d 331, 333 (Ct. App. 2003)
 ("The State may prove the corpus delicti of armed robbery by
 establishing that a robbery was committed and either one of two additional
 elements: (1) that the robber was armed with a deadly weapon or (2) that the
 robber alleged he was armed with a deadly weapon, either by action or words,
 while using a representation of a deadly weapon or any object.").
AFFIRMED.
FEW,
 C.J., and SHORT and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.